**Dismissed and Opinion Filed August 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01022-CR

### ZACHARY L. KNIGHTEN, Appellant
### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. W92-43796-H(E)**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Brown
Opinion by Justice Myers

Zachary L. Knighten filed a notice of appeal from the trial court's July 21, 2014 order finding no controverted, previously unresolved issues requiring a hearing on appellant's article 11.07 application for writ of habeas corpus. This Court has neither original nor appellate jurisdiction over post-conviction habeas corpus proceedings under article 11.07. *See* TEX. CODE CRIM. P. arts. 11.05 (by whom writ may be granted), 11.07, § 3(a) (to whom writ is returnable) (West 2005 & Supp. 2013). We dismiss the appeal for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
141022F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ZACHARY L. KNIGHTEN, Appellant

No. 05-14-01022-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. W92-43796-H(E).
Opinion delivered by Justice Myers, Justices Lang and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 14th day of August, 2014.